UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET A. GIVANS, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>BELLEFONTAINE HABILITATION )<br>CENTER, et al., )<br>)<br>Defendant(s). ) | Case No. 4:05CV1896 JCH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's claims against Defendant Bellefontaine Habilitation Center are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated this 16th day of June, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE